SGB 16020701

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 16-50314** |
| **POWERSPORT GROUP, LLC** ) | |
| **f/d/b/a POWERSPORT GRAFX-** ) | **CHAPTER 7** |
| **INVINCASHIELD, LLC,** ) | |
|     **Debtor.** ) | |

## WITHDRAWAL OF CLAIM NO. 1 FILED ON OCTOBER 14, 2016

**NOW COMES** Byron L. Saintsing of SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, L.L.P., Post Office Drawer 26268, Raleigh, North Carolina, 27611, attorney for creditor GENEVA CAPITAL, LLC and hereby withdraws the Proof of Claim filed on October 14, 2016 in this matter as Claim No. 1.

This the 20TH day of October, 2016.

/s/   Byron L. Saintsing
Byron L. Saintsing, N.C. Bar No. 16035
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, L.L.P.
P.O. Box 26268
Raleigh, NC 27611-6268
Telephone:   (919) 250-2000
bsaintsing@smithdebnamlaw.com
Attorney for Creditor

SGB 16020701

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 16-50314** |
| **POWERSPORT GROUP, LLC** ) | |
| **f/d/b/a POWERSPORT GRAFX-** ) | **CHAPTER 7** |
| **INVINCASHIELD, LLC,** ) | |
| Debtor. ) | |

I, Byron L. Saintsing of SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, L.L.P., Attorneys at Law, hereby certify:

That I am, and at all times hereinafter-mentioned was, more than eighteen (18) years of age;

That on this day, I served copies of the foregoing WITHDRAWAL OF CLAIM NO. 1 FILED ON OCTOBER 14, 2016 upon the following by mailing a copy thereof, postage prepaid:

POWERSPORT GROUP, LLC f/d/b/a
POWERSPORT GRAFX-INVINCAHIELD, LLC
1137 River Road
North Wilkesboro, NC 28659

DIRK W. SIGMUND, ESQ.
Ivey, McClellan, Gatton & Siegmund, LLP
P.O. Box 3324
Greensboro, NC 27402

FREDERICK L. HENDERSON, JR., TRUSTEE
Sigmon & Henderson, PLLC
518 S. New Hope Road
Gastonia, NC 28054

LINDA SIMPSON, BANKRUPTCY ADMINISTRATOR
U.S. Bankruptcy Court, Western District of North Carolina
402 West Trade Street, Suite 200
Charlotte, NC 28202

I certify under penalty of perjury that the foregoing is true and correct.

This the 20TH day of October, 2016.

/s/    Byron L. Saintsing
Byron L. Saintsing, N.C. Bar No. 16035
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, L.L.P.
P.O. Box 26268
Raleigh, NC 27611-6268
Telephone:   (919) 250-2000
bsaintsing@smithdebnamlaw.com
Attorney for Creditor