# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-50314 LTB  
**Case Name:** POWERSPORT GROUP, LLC  

**Period Ending:** 12/31/16

**Trustee:** (530430)   Frederick L. Henderson  
**Filed (f) or Converted (c):** 05/20/16 (f)  
**§341(a) Meeting Date:** 06/20/16  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Checking Account at Great State Bank<br>PO Box 892<br><br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | Counterclaim as against Yadkin Bank f/k/a Yadkin consulting with CPA to determine value in order to negotiate potential settlement with creditor | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | A/R 90 days old or less. Face amount = $33438.91<br>Imported from original petition Doc# 1 | 20,000.00 | 0.00 | | 0.00 | FA | 1,271,292.09 | 0.00 |
| 4 | 0, Unknown. Amount Requested: $<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | KTM HSQ License. Valuation Method:<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | List of Customer Information<br>Debtor's Value List<br>Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA | 1,271,292.09 | 0.00 |
| 7 | Expired Patent<br>Imported from original petition Doc# 1 | 1.00 | 1.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | office equipment<br>Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9 | tractor<br>Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA | 6,000.00 | 0.00 |
| 10 | Raw Materials: Raw Goods, , Net Book Value: 0, V<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA | 1,271,292.09 | 0.00 |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50314 LTB  
**Case Name:** POWERSPORT GROUP, LLC  

**Period Ending:** 12/31/16

**Trustee:** (530430)   Frederick L. Henderson  
**Filed (f) or Converted (c):** 05/20/16 (f)  
**§341(a) Meeting Date:** 06/20/16  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 11 | Work in progress: Work in progress, please see a<br>   Imported from original petition Doc# 1 | 20,000.00 | 0.00 | | 0.00 | FA | 1,271,292.09 | 0.00 |
| 12 | Building and Lot located at 1137 River Road, Lib<br>   Relief from stay granted for foreclosure | 600,000.00 | 43,400.04 | | 0.00 | FA | 496,599.96 | 0.00 |
| 12 | **Assets**     **Totals** (Excluding unknown values) | **$655,501.00** | **$48,401.04** | | **$0.00** | **$0.00** | **$5,587,768.32** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

   recently received details regarding debtor counterclaim against Yadkin Bank; reviewing to determine if estate can settle beneficially; awaiting update from counsel

**Initial Projected Date Of Final Report (TFR):** June 20, 2018     **Current Projected Date Of Final Report (TFR):** June 20, 2018

Copy Served On:  
   Bankruptcy Administrator